UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-24922-DPG

JAMES WATSON,

    Plaintiff,

v.

PINKO RETAIL HOLDINGS LLC.

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, James Watson, by and through the undersigned counsel, hereby notifies the Court that the Parties have reached an agreement in principle that resolves all claims that were or could have been brought in this action. The Parties request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize their Settlement and submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Respectfully submitted this February 23, 2024.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
Telephone: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Watson v. Pinko**  
**Case No. 23-cv-24922-DPG**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2024, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*  
J. Courtney Cunningham, Esq.  
J. COURTNEY CUNNINGHAM, PLLC  
8950 SW 74th Court, Suite 2201  
Miami, Florida 33156  
T:  305-351-2014  
cc@cunninghampllc.com  
legal@cunninghampllc.com  

*Counsel for Plaintiff*
