UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-24922-DPG

JAMES WATSON,

     Plaintiff,

v.

PINKO RETAIL HOLDINGS LLC.

     Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JAMES WATSON, by and through the undersigned counsel, pursuant to Rule 41(a), Fed. R. Civ. P., and this Court Order [DE 10], hereby gives notice that he voluntarily dismisses this action with prejudice against, Defendant, PINKO RETAIL HOLDINGS LLC, and respectfully requests this Court to terminate the action.

Respectfully submitted this March 26, 2024.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
Telephone:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Watson v. Pinko**
**Case No. 23-cv-24922-DPG**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2024, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Page 2 of 2**